UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

KELLY SCHOOLEY,

       Plaintiff,          CIVIL NO.: 10-CV-4469 ADM/JJK

v.

JACOB LAW GROUP, PLLC, and     **NOTICE OF VOLUNTARY**
JACOB COLLECTION GROUP, LLC,    **DISMISSAL WITH PREJUDICE**

       Defendants.
_____

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                        MARTINEAU, GONKO & VAVRECK, PLLC

Dated: January 19, 2011        s/ Mark L. Vavreck          .
                                      Mark L. Vavreck, Esq.
                                      Attorney I.D.#0318619
                                      Attorney for Plaintiff
                                      Designers Guild Building
                                      401 North Third Street, Suite 600
                                      Minneapolis, MN 55401
                                      Telephone: (612) 659-9500
                                      Facsimile:  (612) 659-9220