## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

KELLY SCHOOLEY,

        Plaintiff,                  CIVIL NO.: 10-CV-4469 ADM/JJK

v.

JACOB LAW GROUP, PLLC, and        **ORDER FOR DISMISSAL**
JACOB COLLECTION GROUP, LLC,

        Defendants.

_____

Based upon the Notice of Dismissal with Prejudice, document number 2, filed by Plaintiff on January 20, 2011, and upon all the files, records and proceedings herein,

**IT IS FURTHER ORDERED:** That all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                        **BY THE COURT:**

Dated: January 20, 2011              s/Ann D. Montgomery
                                        _____
                                        Ann D. Montgomery
                                        United States District Judge