≈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

KELLY SCHOOLEY

V.

JACOB LAW GROUP, PLLC, and JACOB COLLECTION GROUP, LLC

**JUDGMENT IN A CIVIL CASE**

Case Number:   10-cv-4469 ADM/JJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

| January 20, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | Katie Thompson |
| (By) | Katie Thompson   Deputy Clerk |